Court of Appeals, First District
301 Fannin Street
Houston, TX, 77002-2066

Feb. 11, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 25 2015

CHRISTOPHER A PRINE
CLERK _____

RE: Court of Appeals Number: *01-13-01056 CR
                              01-13-01057 CR
Trail Court Case numbers: *1346765, *1366083
Style: Jimmie Johnson-El V. The State of Texas

Dear Reader,

I am seeking assistance on the status of my case (reference case no. Aforementioned). I would like to know do your court tend on issuing its mandate in the above causes, or am I under some type of deadline filing with the court.

Please provide me with appropriate information on this request, in order that I may take the next steps to appealing my judgements.

Wholly Submitted by

_____-El
Jimmie Johnson-EL
T.D.C.J. Connally Unit
899 FM 632
Kenedy, TX #78119

CC: Self



Jimmie Johnson-El #1898717
Connally Unit
899 FM 632
Kenedy, TX 78119

* LEGAL MAIL *
RIO GRANDE DISTRICT
23 FEB 2015 PM 3 L

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 25 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District
301 Fannin Street
Houston, TX 77002-2066

77002206699